DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRIAN MASSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>BRIAN MASSEY,<br><br>    *Defendant*. | NO. 1:06-cr-0006 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON<br><br>Date: May 16, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for April 18, 2006, may be continued to **May 16, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED:  April 17, 2006                             MCGREGOR W. SCOTT
                                                   United States Attorney


                                                   By /s/ Sherrill A. Carvalho
                                                   SHERRILL A. CARVALHO
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff


DATED: April 17, 2006                              DANIEL J. BRODERICK
                                                   Acting Federal Defender


                                                   By /s/ Mark A. Lizárraga
                                                   MARK A. LIZÁRRAGA
                                                   Assistant Federal Defender
                                                   Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).


IT IS SO ORDERED.

**Dated:   April 18, 2006**                        **/s/ Oliver W. Wanger**
emm0d6                                             UNITED STATES DISTRICT JUDGE