DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRIAN MASSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:06-cr-0006 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS ) CONFERENCE HEARING; AND PROPOSED |
| v. | ) ORDER THEREON |
| BRIAN MASSEY, | ) Date: June 27, 2006 ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for May 30, 2006, may be continued to **June 27, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1 preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2  DATED: May 25, 2006                    MCGREGOR W. SCOTT
                                          United States Attorney

5                                         By /s/ Sherrill A. Carvalho
                                          SHERRILL A. CARVALHO
6                                         Assistant U.S. Attorney
                                          Attorney for Plaintiff

8  DATED: May 25, 2006                    DANIEL J. BRODERICK
                                          Acting Federal Defender

11                                        By /s/ Mark A. Lizárraga
                                          MARK A. LIZÁRRAGA
                                          Assistant Federal Defender
12                                        Attorney for Defendant

**O R D E R**

14 IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

15 3161(h)(8)(A) and 3161(h)(B)(iv).

16 IT IS SO ORDERED.

17 **Dated:   May 26, 2006**            **/s/ Oliver W. Wanger**
   emm0d6                                UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing           2