DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRIAN MASSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-0006 OWW |
| *Plaintiff*, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| BRIAN MASSEY, | Date: July 31, 2006 |
| | Time: 9:00 a.m. |
| *Defendant*. | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for June 27, 2006, may be continued to **July 31, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2  DATED:  June 22, 2006                    MCGREGOR W. SCOTT
                                            United States Attorney

5                                           By /s/ Sherrill A. Carvalho
                                            SHERRILL A. CARVALHO
6                                           Assistant U.S. Attorney
                                            Attorney for Plaintiff

8  DATED: June 22, 2006                     DANIEL J. BRODERICK
                                            Federal Defender

11                                          By /s/ Mark A. Lizárraga
                                            MARK A. LIZÁRRAGA
                                            Assistant Federal Defender
12                                          Attorney for Defendant

**O R D E R**

14  IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

18  IT IS SO ORDERED.

19  **Dated:   June 23, 2006**              **/s/ Oliver W. Wanger**
    emm0d6                                  UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing          2