DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRIAN MASSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-0006 OWW |
| *Plaintiff*, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| BRIAN MASSEY, | Date: August 8, 2006 |
| | Time: 9:00 a.m. |
| *Defendant*. | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for July 31, 2006, may be continued to **August 8, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: July 27, 2006         MCGREGOR W. SCOTT
                             United States Attorney


                             By /s/ Sherrill A. Carvalho
                             SHERRILL A. CARVALHO
                             Assistant U.S. Attorney
                             Attorney for Plaintiff


DATED: July 27, 2006         DANIEL J. BRODERICK
                             Federal Defender


                             By /s/ Mark A. Lizárraga
                             MARK A. LIZÁRRAGA
                             Assistant Federal Defender
                             Attorney for Defendant

**O R D E R**

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).




IT IS SO ORDERED.

**Dated:   July 29, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE