DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRIAN MASSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIAN MASSEY, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. 1:06-cr-0006 OWW <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON <br><br> Date:  September 5, 2006 <br> Time:  9:00 a.m. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for August 8, 2006, may be continued to **September 5, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1 preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2 DATED: August 3, 2006                MCGREGOR W. SCOTT
                                        United States Attorney

5                                       By /s/ Sherrill A. Carvalho
                                        SHERRILL A. CARVALHO
6                                       Assistant U.S. Attorney
                                        Attorney for Plaintiff

8 DATED: August 3, 2006                 DANIEL J. BRODERICK
                                        Federal Defender

11                                      By /s/ Mark A. Lizárraga
                                        MARK A. LIZÁRRAGA
                                        Assistant Federal Defender
12                                      Attorney for Defendant

**O R D E R**

14 IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

15 3161(h)(8)(A) and 3161(h)(B)(iv).

20 IT IS SO ORDERED.

21 **Dated:   August 6, 2006**          **/s/ Oliver W. Wanger**
    emm0d6                              UNITED STATES DISTRICT JUDGE