DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRIAN MASSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-0006 OWW |
| *Plaintiff*, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| BRIAN MASSEY, | Date:  October 10, 2006 |
| *Defendant*. | Time:  9:00 a.m. |
| | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for September 5, 2006,  may be continued to **October 10, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1 | preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2 | DATED:  August 31, 2006                             MCGREGOR W. SCOTT
                                                                            United States Attorney

5 |                                                              By /s/ Sherrill A. Carvalho
                                                                            SHERRILL A. CARVALHO
                                                                            Assistant U.S. Attorney
                                                                            Attorney for Plaintiff

8 | DATED: August 31, 2006                              DANIEL J. BRODERICK
                                                                            Federal Defender

                                                                  By /s/ Mark A. Lizárraga
                                                                            MARK A. LIZÁRRAGA
                                                                            Assistant Federal Defender
                                                                            Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:    September 1, 2006**                  **/s/ Oliver W. Wanger**
emm0d6                                                      UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing           2