DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRIAN MASSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIAN MASSEY, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. 1:06-cr-0006 OWW <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON <br><br> Date: October 31, 2006 <br> Time: 9:00 a.m. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for October 10, 2006, may be continued to **October 31, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1 | preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2 | DATED:  October 4, 2006                    MCGREGOR W. SCOTT
        United States Attorney

5 | By /s/ Sherrill A. Carvalho
    SHERRILL A. CARVALHO
    Assistant U.S. Attorney
    Attorney for Plaintiff

8 | DATED: October 4, 2006                    DANIEL J. BRODERICK
        Federal Defender

11 | By /s/ Mark A. Lizárraga
    MARK A. LIZÁRRAGA
    Assistant Federal Defender
    Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   October 5, 2006**            /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE