DANIEL J. BRODERICK,  Bar #89424
Federal Defender
MARK A.  LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRIAN MASSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.  1:06-cr-0006 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) | |
| BRIAN MASSEY, | ) | Date:   November 21, 2006 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon.  Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled

for October 31, 2006,  may be continued to  **November 21,  2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of

justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

///

///

///

1  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2       DATED:  October 26, 2006                    MCGREGOR W. SCOTT
                                                    United States Attorney
3

4

5                                            By /s/ Sherrill A. Carvalho
                                                SHERRILL A. CARVALHO
6                                               Assistant U.S. Attorney
                                                Attorney for Plaintiff
7

8       DATED: October 26, 2006                     DANIEL J. BRODERICK
                                                    Federal Defender
9

10                                           By  /s/ Mark A. Lizárraga
11                                               MARK A. LIZÁRRAGA
                                                 Assistant Federal Defender
12                                               Attorney for Defendant

13                            **O R D E R**

14       IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

15  3161(h)(8)(A) and 3161(h)(B)(iv).

16

17

18

19

20  IT IS SO ORDERED.

21  **Dated:    October 26, 2006**            _____/s/ Oliver W. Wanger_____
22  emm0d6                                   UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Stipulation to Continue Status Conference Hearing        2