DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRIAN MASSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-0006 OWW |
| *Plaintiff*, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| BRIAN MASSEY, | Date: January 23, 2007 |
| | Time: 9:00 a.m. |
| *Defendant*. | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for November 21, 2006, may be continued to **January 23, 2007 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED:  November 15, 2006                         MCGREGOR W. SCOTT
                                                  United States Attorney


                                              By /s/ Sherrill A. Carvalho
                                                  SHERRILL A. CARVALHO
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

DATED: November 15, 2006                           DANIEL J. BRODERICK
                                                   Federal Defender


                                              By /s/ Mark A. Lizárraga
                                                  MARK A. LIZÁRRAGA
                                                  Assistant Federal Defender
                                                  Attorney for Defendant

## O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   November 21, 2006**            /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing       2