DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRIAN MASSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-0006 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| BRIAN MASSEY, ) | Date: March 27, 2007 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Oliver W. Wanger |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for January 23, 2007, may be continued to **March 27, 2007 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED:  January 17, 2007                         MCGREGOR W. SCOTT
                                                 United States Attorney


                                          By /s/ Sherrill A. Carvalho
                                             SHERRILL A. CARVALHO
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

DATED: January 27, 2007                          DANIEL J. BRODERICK
                                                 Federal Defender


                                          By /s/ Mark A. Lizárraga
                                             MARK A. LIZÁRRAGA
                                             Assistant Federal Defender
                                             Attorney for Defendant

## O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   January 17, 2007**              /s/ Oliver W. Wanger
emm0d6                                     UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing           2